# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

-V-

## *DEFENDANT*

**DOCKET NUMBER:** 19 CV 4887

**DATE FILED:** MAY 24 2019

**SIGNED BY:** JUDGE KOELTL

**DATE SIGNED:** MAY 24 2019

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

_____ COMPLAINT / PETITION ONLY

__X__ OTHER DOCUMENTS / EXHIBITS

FILED U.S. DISTRICT COURT 2019 MAY 24 PM 2:5_ S.D. OF N.Y.