UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

John Doe,

                    Petitioner,

    -against-

                                 19 **CIVIL** 4887 (AJN)

                                 **JUDGMENT**

Attorney General William Barr, et al.,

                    Respondents.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2020, Doe's motion to proceed under pseudonym is GRANTED, but his petition for a writ of habeas corpus is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

       August 17, 2020

                                                **RUBY J. KRAJICK**
                                                Clerk of Court

                            **BY:**
                                                    Deputy Clerk

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 8/17/2020*